United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 96-4217NE

_____

| | | |
|---|---|---|
| Marvin A. Watkins, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the District |
| v. | * | of Nebraska. |
| | * | |
| Woodmen of the World Life Insurance | * | [UNPUBLISHED] |
| Society; Curtis L. Owen, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: May 20, 1997
Filed: May 30, 1997

_____

Before McMILLIAN, ROSS, and FAGG, Circuit Judges.

_____

PER CURIAM.

Marvin A. Watkins appeals the district court's adverse grant of summary judgment in Watkins's defamation action. We review a grant of summary judgment under a well-established standard. Because this is a diversity action, we review de novo questions of state law. Having considered the record and the parties' briefs, we are satisfied the district court correctly applied the controlling state law and the record supports the district court's ruling. We also conclude a comprehensive opinion in this diversity case would lack precedential value. We thus affirm on the basis of the district court's ruling without further discussion. See 8th Cir. R. 47B.

A true copy.

   Attest:

      CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.